UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN -9 2014**

**Clerk, U.S. District and Bankruptcy Courts**

Seungjin Kim, )
)
Plaintiff, )
)
v. ) Misc. Action No. 14-609
)
Watch Tower Bible and Tract )
Society of Pennsylvania, )
)
Defendant. )
_____ )

## ORDER

Seungjin Kim has submitted to the Clerk of Court a complaint and an application to proceed *in forma pauperis*. Whether to permit or deny an application to proceed *in forma pauperis* is within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir.), *cert. denied*, 488 U.S. 941 (1988); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845 (1963). "[C]ourts will generally look to whether the person is employed, the person's annual salary, and any other property or assets the person may possess." *Schneller v. Prospect Park Nursing and Rehab. Ctr.*, No. 06-545, 2006 WL 1030284, *1 (E.D. Pa. Apr. 18, 2006), *appeal dismissed*, 2006 WL 3038596 (3d Cir. Oct. 26, 2006).

An individual need not "be absolutely destitute to enjoy the benefit of the [IFP] statute." *McKelton v. Bruno*, 428 F.2d 718, 719 (D.C. Cir. 1970) (quoting *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). The Court may grant a party's *in forma pauperis* motion upon a showing that because of poverty, the party cannot "pay or give security for the costs . . . and still be able to provide [for] the necessities of life." *Id.* at 719-20 (internal quotation marks omitted).

1

Plaintiff's *in forma pauperis* application shows that plaintiff is a self-employed developer of mobile apps who receives a monthly salary of $2,000 from Apple Inc. Plaintiff has more than $2,600 in cash or in a checking or savings account. Plaintiff lists $1,400 in monthly expenses and has no dependents or extraordinary debt. Plaintiff has not made the requisite showing to warrant *in forma pauperis* status. Accordingly, it is

ORDERED that the application to proceed *in forma pauperis* is DENIED, and this miscellaneous action is closed.

DATE: June 5, 2014

_____
United States District Judge
J. Boasberg

UNITED STATES DISTRICT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

Seungjin Kim

1110 6th St, NW

Washington, DC 20001

917-946-7396

VS.                                                                                    CIVIL ACTION NO.

Watch Tower Bible and Tract Society of Pennsylvania

25 Columbia Heights

Brooklyn NY 11201-2483

*Seungjin Kim* (signature)
Seungjin Kim

1110 6th St, NW

Washington, DC 20001

**RECEIVED**

**MAY - 8 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**SET FORTH THE FACTS OF YOUR CASE.**

1. **I believe that I am an owner of spiritual materials** because I became an anointed one of Jehovah's Witnesses and God sealed me early because I partook of the emblematic bread and wine at 2012, 2013, and 2014 the Memorial of the death of Christ's death of Jehovah's witnesses. (Lu 22:19; 1 Co 11:24; Re 7:3, 4.) And I partook of the Memorial emblems at Dupont Washington Congregation in this year. Anointed ones are masters of our religion by Matthew 25:14, 20-23. So I believe that I have right biblical rights.

2. I have been aggrieved, or legally harmed in some way, by the defendant because they have deleted my Apps many times that anointed one' properties. And I believe that this case is a very special copyright case and an important copyright case for a setting good precedent of religious freedom. Consequently federal court directly handle and hear this special case according to exclusive jurisdiction and to reach to the Supreme Court of the United States.

3. I'm a special victim by special crimes and special criminals. And some Americans and American companies did bad things to me. So I have informed the special criminals and special crime to the U.S government.

4. Members of the legal department of the United States of Jehovah's witnesses and members of the governing body deceived me long time. And they have ignored bible law and have placed blame of a "copyright infringement" on me to conceal special criminals and special crimes. And they have planned conspiracy to murder to kill me. And I have had a conflicting matter between Divine Law and copyright Law. And I have explained on paper. So they must pay to me enough compensation.

5. If judge my case by outward appearance, then this case has plaintiff mistaken only but if carefully judge my case by inward appearance, then the prudent judges can find and discern serious defendant's mistaken for example, infringing religious freedom in U.S history and even if conspiracy to murder. So this is not copyright violating.

6. They have abused me as a commercial company because they made a Modern Intellectual Slavery.

## ON THE LAST PAGE OF YOUR COMPLAINT, SPELL OUT THE RELIEF YOU ARE REQUESTING FROM THIS COURT.

I have attached a document to Chief Judge, Richard W. Roberts for relief. Please reference my letters. And I need opinions from the court. Wicked ones abused my economic problem. And the prudent judge can discern and find that defendant have deceived me some.

## IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR COMPLAINT.

I believe that a value of Divine Law and Religious Freedom, Pilgrim Fathers in U.S. history is $1,000,000,000. So I just request this specific amount that $1,000,000,000. I believe that the prudent justices agree and award this enough amount. Because I discovered some for religion freedom in U.S history and the prudent justices.

Seungjin Kim

1110 6th St, NW

Washington, DC 20001

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Seungjin Kim | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| Watch Tower Bible and Tract Society of Pennsylvania | ) |
| *Defendant/Respondent* | ) |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
   I am a self-employed developer.

My gross pay or wages are: $ _____ 2,000.00 , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____every month

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I receive a salary from Apple Inc. as developer every month.
Because I am selling my beneficial religous Apps on App Store.

The amount is $2,000 that I received every month.

**RECEIVED**

MAY - 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:   $ _____ 2,659.08 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Transportation: $200 per month include tax.
Rental Room: $1,000 per month include tax.
Food: $200 per month include tax.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Currently I owed $7,000 in my credit card company. And I am repaying about $1,000 every month.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 05/08/2014

Seungjin Kim
*Applicant's signature*

SEUNGJIN KIM
*Printed name*